[No. 6706-4-II.   Division Two.   December 2, 1985.]

COLUMBIA GORGE BANK, *Respondent,* v. NORTH BONNEVILLE HOUSING AUTHORITY, *Appellant.*

Appeal from a judgment of the Superior Court for Skamania County, No. 6767, Robert L. Harris, J., entered October 28, 1982. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 7280-7-II.   Division Two.   December 2, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. CLARK ALLEN MCCONNELL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 83-1-00180-3, J. Dean Morgan, J., entered May 25, 1983. *Reversed* and *remanded* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.

[No. 7180-1-II.   Division Two.   December 2, 1985.]

*In the Matter of the Marriage of* MYUNG JA JOHNSON, *Appellant, and* FRANKLIN E. JOHNSON, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 240681, E. Albert Morrison, J., entered July 18, 1983. *Reversed* and *remanded* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Petrich, J.